IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-114-RJC-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ROBERT S. LABARGE | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Waive Defendant's Appearance And Permit Arraignment Before Magistrate In Asheville Division" (Document No. 22) filed May 29, 2017. For the reasons stated in the motion, noting Plaintiff's counsel has no objection to the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Waive Defendant's Appearance And Permit Arraignment Before Magistrate In Asheville Division" (Document No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing set for June 1, 2017 is **CANCELLED**, and the Clerk of Court shall set this for an arraignment hearing for the first available date on the Asheville term.

**SO ORDERED**.

Signed: May 31, 2017

David C. Keesler
United States Magistrate Judge