IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-cr-114-RJC-DSC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **(1) ROBERT M. BOSTON** | ) | |
| **(2) ROBERT S. LABARGE** | ) | |
| | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Review and Disclose Non-Privileged Attorney Communications. (Doc. No. 31) The Motion requests an order allowing the Government to review and disclose to Defendants certain documents obtained and segregated during the Government's investigation, specifically: (1) certain paper documents obtained from the third party that purchased Zloop's Hickory assets; (2) certain electronic documents stored in connection with Defendants' corporate email addresses (blabarge@zloop.com and bboston@zloop.com) from Zloop's email host obtained from Zloop's email host, GoDaddy.com, LLC; and (3) imaged computers of Zloop and communications between Defendants and Zloop's bankruptcy counsel, DLA Piper, obtained from counsel for the Zloop Plan Administrator (collectively, the "Subject Documents"). Defendant Boston did not respond to the Motion and Defendant LaBarge has no objection to the relief sought.

For the reasons set forth in the Government's Motion, and neither Defendant having articulated a legitimate claim of privilege or work product protection with regard to the Subject Documents, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Government shall review the Subject Documents and produce them to Defendants.

**SO ORDERED**.

Signed: September 21, 2017

David S. Cayer
United States Magistrate Judge